# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

| | |
|---|---|
| DE'MARIAN CLEMONS,<br><br>         Plaintiff,<br><br>v.<br><br>ROBERT CLINTON HAYES, M.D., *et al.*,<br><br>         Defendants. | Case No. 2:10-CV-01163-KJD-GWF<br><br>**ORDER** |

Before the Court is Plaintiff's Motion for General Traverse (#23). This Motion relates to the Motion to Dismiss of Defendant Elizabeth L. Acevedo (#18). On July 25, 2011, the Court granted Defendant Acevedo's Motion to Dismiss (#37). Accordingly, Plaintiff's Motion is moot.

**IT IS HEREBY ORDERED THAT** Plaintiff's Motion for General Traverse (#23) is **DENIED** as moot.

DATED this 11th day of August 2011.

_____
Kent J. Dawson
United States District Judge