UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| DE'MARIAN CLEMONS,<br><br>        Plaintiff,<br><br>v.<br><br>ROBERT CLINTON HAYES, M.D., *et al.*,<br><br>        Defendants. | Case No. 2:10-CV-01163-KJD-GWF<br><br>**ORDER** |

Before the Court is Defendant Elizabeth Acevedo's Motion for Attorney's Fees (#38). No opposition has been filed.

On July 26, 2011, the Court issued an Order (#37) granting Defendant's Motion to Dismiss. Defendant seeks attorney's fees of $8,690.00 pursuant to 42 U.S.C §1988 which provides in relevant part, that the Court "in its discretion, may allow the prevailing party ... a reasonable attorney's fee as part of the costs..."

Courts should be cautious in awarding fees against *pro se* litigants because they lack the ability to recognize when a claim has merit. Miller v. Los Angeles County Bd. of Educ., 827 F.2d 617, 620 (9th Cir. 1987). Further, Courts should consider the financial resources of a plaintiff before awarding fees under §1988. Id.; see also Horn v. Carter, 360 Fed.Appx. 851, 852 (9th Cir. 2009) (reversing award of attorney's fees against pro se prisoner).

1  Defendant argues that she should be awarded attorney's fees, because the Court found that
2  Plaintiff's claims had no merit. Plaintiff is a prisoner representing himself *pro se*. There is no
3  indication that Plaintiff was capable of accurately evaluating his chances of success on his claim.
4  Further, it is highly unlikely that Plaintiff would have the ability to pay the $8,690.00 fee award
5  requested by Defendant. Defendant has not cited any cases where a court has awarded fees under
6  facts like those present here. Accordingly, the Court declines to exercise its discretion to award
7  Defendant fees.

**IT IS HEREBY ORDERED** that Defendant's Motion for Attorney's Fees (#38) is **DENIED**.

DATED this 9th day of December 2011.

_____
Kent J. Dawson
United States District Judge